# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Hulsing & Associates Architects, P.C., | ) | |
|---|---|---|
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| | ) | Case No. 1-16-cv-399 |
| Joe Girard and the Joseph M. & Margaret Ann Girard Family Trust, | ) | |
| Defendants. | ) | |

Before the Court is the parties' "Stipulation of Dismissal" filed on September 15, 2017. (Doc. No. 34). The Court **ADOPTS** the stipulation (Doc. No. 34) in its entirety and **ORDERS** the action be dismissed with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), with the parties to bear their own costs and fees.

**IT IS SO ORDERED.**

Dated this 18th day of September, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court